| | |
|---|---|
| **PIERRE BROWNING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) **ORDER** |
| | ) |
| **MECKLENBURG COUNTY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Pierre Browning ("Plaintiff") filed this action on March 11, 2024, pursuant to 42 U.S.C. § 1983 in the United States District Court for the Middle District of North Carolina. [Doc. 1].  After the case was transferred here, this Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2).  [Docs. 4, 6].  The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from April 17, 2024, to amend his Complaint in accordance with the terms of the Court's Order.  [Doc. 6]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff.  [Id. at 5].

The deadline has passed, and Plaintiff has not filed an amended complaint.  The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: May 29, 2024

Kenneth D. Bell
United States District Judge

2